OPINIONS PER CURIAM, ETC., FROM OCTOBER 10,
TO DECEMBER 12, 1904.

No. 176. RUFUS BINYON, PLAINTIFF IN ERROR, *v.* THE
UNITED STATES. In error to the United States Court of
Appeals for the Indian Territory. Argued October 14, 1904.
Decided October 17, 1904. *Per Curiam.* Dismissed for the
want of jurisdiction, on the authority of *Brown* v. *United
States,* 171 U. S. 631; *Cross* v. *United States,* 145 U. S. 571.
*Mr. W. H. Green* for plaintiff in error. *The Attorney General*
and *Mr. Assistant Attorney General Purdy* for defendant in
error.

---

No. 333. LEE LOCK, PLAINTIFF IN ERROR, *v.* THE PEOPLE
OF THE STATE OF CALIFORNIA. In error to the Supreme Court
of the State of California. Motions to dismiss or affirm sub-
mitted October 11, 1904. Decided October 17, 1904. *Per
Curiam.* Dismissed for the want of jurisdiction, but without
costs. *Mr. Henry C. McPike* and *Mr. A. H. Jarman* for
plaintiff in error. *Mr. U. S. Webb* and *Mr. James H. Camp-
bell* for defendants in error.

---

No. 45. PEDRO PEREA ET AL., ADMINISTRATORS, ETC., AP-
PELLANTS, *v.* GUADALUPE PEREA de HARRISON ET AL. Appeal
from the Supreme Court of the Territory of New Mexico.
Motion to dismiss submitted October 17, 1904. Decided Octo-
ber 24, 1904. *Per Curiam.* Dismissed for the want of juris-
diction. *McLish* v. *Roff,* 141 U. S. 661; *Meagher* v. *Minnesota
Thresher Manufacturing Company,* 145 U. S. 608; *Chicago and
Northwestern Railway Company* v. *Osborne,* 146 U. S. 354;
*Haseltine* v. *Bank,* 183 U. S. 130. *Mr. T. B. Catron* for ap-
pellants. *Mr. W. B. Childers* for appellees.